# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR212** |
| vs. | ) | |
| | ) | **SCHEDULING ORDER** |
| **JERRY E. HOLLEY and** | ) | |
| **ALICE BUCKLER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

On the court's own motion,

**IT IS ORDERED:**

1. This matter is hereby removed from the trial calendar for the week of July 25, 2005. A new trial date will be set in accordance with the Speedy Trial Act after the Motion to Suppress Statements (#30) filed by Alice Buckler is decided.

2. This order applies to all defendants.

**DATED July 19, 2005.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**