UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 8:05CR212 |
| ) | |
| vs. ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| JERRY E. HOLLEY, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture and Memorandum Brief (Filing No. 77). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On September 15, 2005, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 846 and 853, based upon the Defendant's plea of guilty to Counts I and VII of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the residence at 5521 N. 52nd Street, Omaha, Nebraska; a 1997 Ford Explorer VIN 1FMDU35PXVUB71637; a 1990 Chevrolet Corvette VIN 1G1YY3382L5107954; and a 1999 red Chevrolet Corvette, VIN 1G1YY22GOX5118282 was forfeited to the United States.

2. On October 6, 13 and 20, 2005, the United States published in a newspaper of general circulation notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within the stated period of time for a hearing to adjudicate the validity of their alleged legal interest(s) in said property. An Affidavit of Publication was filed herein on November 4, 2005 (Filing No. 67).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 77) is hereby sustained.

B. All right, title and interest in and to the subject properties, <u>i.e.</u>, the residence at 5521 N. 52nd Street, Omaha, Nebraska; a 1997 Ford Explorer VIN 1FMDU35PXVUB71637; a 1990 Chevrolet Corvette VIN 1G1YY3382L5107954; and a 1999 red Chevrolet Corvette, VIN 1G1YY22GOX5118282, held by any person or entity, is hereby forever barred and foreclosed.

C. The subject properties, <u>i.e.</u>, the residence at 5521 N. 52nd Street, Omaha, Nebraska; a 1997 Ford Explorer VIN 1FMDU35PXVUB71637; a 1990 Chevrolet Corvette VIN 1G1YY3382L5107954; and a 1999 red Chevrolet Corvette, VIN 1G1YY22GOX5118282, be, and the same hereby is, forfeited to the United States of America.

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 3rd day of January, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge